IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States *ex rel.* BONNIE LAMMERS, M.D.,<br><br>    Plaintiff and Relator,<br><br>  v.<br><br>FARIDEH HEIDAPOUR; ALI HEIDAPOUR; and A.B.C. BILLING, INC.,<br><br>    Defendants.<br>                                                  / | No. C 08-03411 WHA<br><br>**ORDER TO SHOW CAUSE** |

Defendants, who are represented by counsel, have failed to file an opposition or statement of non-opposition to the government's motion as required by Local Rule 7-3. Defendants must show cause for this failure by noon on June 22. The government shall promptly serve this order on defendants' counsel.

**IT IS SO ORDERED.**

Dated: June 18, 2012.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE