ROGERS JOSEPH O'DONNELL
Allan J. Joseph (State Bar No. 035462)
ajoseph@rjo.com
Patricia A. Meagher (State Bar No. 113219)
pmeagher@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendants
FARIDEH HEIDARPOUR, ALI
HEIDARPOUR, AND A.B.C. BILLING, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.* BONNIE LAMMERS, M.D.,<br><br>Plaintiff and Relator,<br><br>vs.<br><br>FARIDEH HEIDAPOUR; ALI HEIDAPOUR; and A.B.C. BILLING, INC.,<br><br>Defendants. | Case No. CV 08-3411 WHA<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER CONTINUING STAY** |

**THE PARTIES HEREBY PROVIDE THE FOLLOWING STATUS REPORT**:

On July 2, 2012, the Court entered an Order Granting Stay and Vacating Hearings in the above-referenced matter. The Order directed the parties to file a status report on August 31, 2012 or when the criminal trial has ended or is vacated.

On August 14, 2012, a Petition to Enter Plea of Guilty and a Plea Agreement by defendant Farideh Heidarpour were entered by the United States District Court for the Western District of Oklahoma. The sentencing date for defendant Farideh Heidarpour has not yet been scheduled by the Oklahoma district court; however, the parties anticipate sentencing will be set for October or November, 2012.

The parties have conferred and jointly request that the stay be extended until such time as defendant Heidapour is sentenced to allow time for the parties to discuss settlement of the civil action. The parties request the current stay of this case be continued until November 7, 2012, and agree to file a status report updating the Court on the status of the sentencing and the civil settlement discussions on October 31, 2012.

                Respectfully Submitted,

Dated: August 17, 2012        STUART F. DELERY
                                      Acting Assistant Attorney General

                                      MELINDA HAAG
                                      United States Attorney

                                      By:    /s/ Signature on file
                                              MELANIE PROCTOR
                                      Assistant United States Attorney

Dated: August 17, 2012        ROGERS JOSEPH O'DONNELL

                                     By:    /s/ Patricia A. Meagher
                                              PATRICIA A. MEAGHER

                                      Attorneys for Defendants
                                      FARIDEH HEIDARPOUR, ALI HEIDARPOUR,
                                      AND A.B.C. BILLING, INC.

**~~PROPOSE~~D ORDER**

Pursuant to the stipulation of the parties, this case shall remain stayed until November 7, 2012. The parties shall file a status report no later than October 31, 2012, advising the Court of the status of sentencing and any progress in civil settlement.

**IT IS SO ORDERED.**

Dated: August 20, 2012.

                                                    WILLIAM H. ALSUP
                                                 United States District Judge