IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States ex rel. BONNIE LAMMERS, M.D.,

    Plaintiff and Relator,

v.

FARIDEH HEIDAPOUR; ALI HEIDAPOUR; and A.B.C. BILLING, INC.,

    Defendants.

 /

No. C 08-03411 WHA

**ORDER LIFTING STAY**

This action has been pending since 2008. A stay was ordered a few months ago because of a parallel criminal action against the same three defendants. Now, one of the defendants has pled guilty and will be sentenced in January. The criminal charges against the other two defendants were voluntarily dismissed without prejudice last month (the parties did *not* include this information in their latest status update). Therefore, the stay is **LIFTED**. A case management conference is scheduled for **11:00 A.M. ON NOVEMBER 29, 2012**. A joint case management statement shall be filed at least seven days prior to the conference.

**IT IS SO ORDERED.**

Dated: October 30, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE