STUART F. DELERY
Principal Deputy Assistant Attorney General

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
MELANIE L. PROCTOR (CABN 228971)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    e-mail: sara.winslow@usdoj.gov

MICHAEL GRANSTON
RENÉE BROOKER
ALAN S. GALE
    U.S. Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6296
    e-mail: alan.gale@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* BONNIE LAMMERS, M.D.,<br><br>    Plaintiff and Relator,<br><br>    v.<br><br>FARIDEH HEIDAPOUR; ALI HEIDAPOUR; and A.B.C. BILLING, INC.<br><br>    Defendants. | No. CV 08-3411 WHA (DMR)<br><br>**STIPULATION SEEKING PERMISSION FOR CERTAIN PARTIES TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER**<br><br>Settlement Conference: March 26, 2013<br>Time: 10:00 a.m. |

    Subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel of record, that:

    1. A settlement conference is scheduled in this case for March 26, 2013.

    2. The parties have met and conferred about the settlement conference, including which

1 | individuals will attend.  The parties agreed that, with the Court's permission, two individuals
2 | who are located on the east coast could be excused from appearing in person at the settlement
3 | conference, and could instead be available by telephone should the Court wish to consult them.

4 |      3. First, Defendant Ali Heidarpour requests to be excused from appearing in person at the
5 | settlement conference, and instead proposes being available by telephone.  Mr. Heidarpour lives
6 | in Virginia.  The parties have been discussing a potential settlement based on the three
7 | Defendants' ability to pay.  The majority of assets available to pay a settlement are with
8 | Defendant Farideh Heidarpour, and not Ali Heidarpour.  Defendant Farideh Heidarpour will
9 | appear in person on her own behalf and on behalf of Defendant A.B.C. Billing, Inc. as its
10 | Secretary.  Farideh Heidarpour's husband, Fred Heidarpour, will also appear in person on behalf
11 | of A.B.C. Billing as its President.  The parties agree that the Defendants will be adequately
12 | represented by the attendance of Farideh and Fred Heidarpour, and by having Ali Heidarpour
13 | available by phone.

14 |      4. Second, the United States request that the Department of Labor (DOL) representative be
15 | excused from appearing in person at the settlement conference.  This action was brought on
16 | behalf of DOL's Office of Workers' Compensation Programs, which administers the workers'
17 | compensation program at issue in the case, as well as on behalf of the United States Postal
18 | Service (USPS), which reimbursed DOL for the payments at issue through the chargeback
19 | process set forth in 5 U.S.C. § 8147.  Any funds collected in a settlement that are distributed to
20 | DOL will then be reimbursed to USPS.  The United States will be represented in person at the
21 | settlement conference by employees of the Department of Justice (DOJ) and USPS.  The United
22 | States proposes that a representative of DOL who has settlement authority for the agency be
23 | available by telephone.  DOL plans to be represented by Senior Attorney Paul Klingenberg, who
24 | is located in the Washington, D.C. area.  Due to the current federal budget situation, it would be
25 | difficult to fund Mr. Klingenberg's travel.  The parties agree that the United States will be
26 | adequately represented by the attendance of DOJ and USPS representatives, and by having Mr.
27 | Klingenberg available by phone.
28 |      IT IS SO STIPULATED.

|   |   |   |   |
|---|---|---|---|
|   |   | Respectfully submitted, |   |
|   |   | STUART F. DELERY,<br>Principal Deputy Assistant Attorney General |   |
|   |   | MELINDA HAAG<br>United States Attorney |   |
| Dated: March 7, 2013 | By: | _____/s/ signature on file_____<br>SARA WINSLOW<br>MELANIE L. PROCTOR<br>Assistant United States Attorneys |   |
| Dated: March 7, 2013 | By: | _____/s/ signature on file_____<br>MICHAEL GRANSTON<br>RENEE BROOKER<br>ALAN GALE<br>Civil Division, U.S. Department of Justice<br>Attorneys for the United States |   |
|   |   | MCBREEN & SENIOR |   |
| Dated: March 7, 2013 | By: | _____/s/ signature on file_____<br>MATTHEW WESTON<br>Attorney for Relator |   |
|   |   | ROGERS JOSEPH O'DONNELL |   |
| Dated: March 7, 2013 | By: | _____/s/ signature on file_____<br>ALLAN J. JOSEPH<br>PATRICIA A. MEAGHER<br>Attorneys for Defendant |   |

### [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, Ali Heidarpour and the representative of the Department of Labor are excused from appearing in person at the March 26, 2013 settlement conference. Both shall be available by telephone beginning at 10:00 a.m. pacific time and for the remainder of the day on March 26, 2013 until the settlement conference adjourns.

IT IS SO ORDERED.

Dated: _____Octej '33.4235_____    
DONNA M. RYU  
United States Magistrate Judge