Case3:08-cv-03411-WHA Document68 Filed03/26/13 Page1 of 3

STUART F. DELERY
Principal Deputy Assistant Attorney General

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
MELANIE L. PROCTOR (CABN 228971)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    e-mail: sara.winslow@usdoj.gov

MICHAEL GRANSTON
RENÉE BROOKER
ALAN S. GALE
    U.S. Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6296
    e-mail: alan.gale@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES *ex rel.* BONNIE LAMMERS, M.D.,<br><br>    Plaintiff and Relator,<br><br>v.<br><br>FARIDEH HEIDAPOUR; ALI HEIDAPOUR; and A.B.C. BILLING, INC.<br><br>    Defendants. | No. CV 08-3411 WHA<br><br>**STIPULATION FOR LEAVE TO FILE UNITED STATES' FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

    Subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel of record, that:

    1. This case was originally filed in 2008 by Bonnie Lammers, M.D., as *qui tam* relator under the False Claims Act (FCA), 31 U.S.C. §§ 3729-33. The *qui tam* provisions of the FCA

1. authorize private parties (known as relators) to file lawsuits alleging FCA violations on behalf of the United States. 31 U.S.C. § 3730(b).

2. The United States intervened in this action on October 31, 2011 (Dkt No. 19) and filed its complaint on May 15, 2012 (Dkt No. 28). Defendants filed their answer on December 14, 2012 (Dkt. No. 59).

3. During the United States' investigation of this case, the government had a medical record review conducted on a sample of the patient records at issue in this case.

4. In 2012, the Advanced Clinics (which were originally named as Defendants in this action, and were dismissed in August 2012 pursuant to a settlement agreement) notified government counsel that they had failed to produce certain medical records responsive to a subpoena the United States served on them in 2008 in connection with the related criminal investigation pending in the Western District of Oklahoma. After obtaining those records, the government had further review conducted.

5. Based on this further review, the United States has revised its damages calculations downward (from approximately $7.9 million to approximately $6.5 million).

6. Pursuant to Fed. R. Civ. P. 15(a) and the Court's Case Management Order dated November 30, 2012 (Dkt. No. 57) (setting February 28, 2013 as the last date to seek leave to add any new parties or pleading amendments), the United States now seeks leave to file the attached First Amended Complaint, which reflects the updated damages calculation. Revisions have been made to Paragraphs 21-25, 27-29, and 31. Relator and Defendants concur in this request.

IT IS SO STIPULATED.

//
//
//
//
//
//
//

Case3:08-cv-03411-WHA Document68 Filed03/11/13 Page3 of 3

|   |   |   |   |
|---|---|---|---|
| | | Respectfully submitted, | |
| | | STUART F. DELERY, | |
| | | Principal Deputy Assistant Attorney General | |
| | | MELINDA HAAG | |
| | | United States Attorney | |

Dated: February 28, 2013      By:      _____/s/ signature on file_____
                                                        SARA WINSLOW
                                                        MELANIE L. PROCTOR
                                                        Assistant United States Attorneys

Dated: February 28, 2013      By:      _____/s/ signature on file_____
                                                        MICHAEL GRANSTON
                                                        RENEE BROOKER
                                                        ALAN GALE
                                                        Civil Division, U.S. Department of Justice
                                                        Attorneys for the United States


MCBREEN & SENIOR

Dated: February 28, 2013      By:      _____/s/ signature on file_____
                                                        MATTHEW WESTON
                                                        Attorney for Relator


ROGERS JOSEPH O'DONNELL

Dated: February 28, 2013      By:      _____/s/ signature on file_____
                                                        ALLAN J. JOSEPH
                                                        PATRICIA A. MEAGHER
                                                        Attorneys for Defendant


## [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown, the United States' request for leave to file an amended complaint is hereby granted. The clerk is directed to file the United States' First Amended Complaint as of the date this Order is entered. Defendants' Answer or other response to the First Amended Complaint is due within 14 days of the date this Order is entered and served on Defendants, pursuant to Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated: ___March 11, 2013.___                    _____
                                                                    HON. WILLIAM ALSUP
                                                                    United States District Judge