# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL CONFERENCE MINUTE ORDER</u>

**CASE NO.** C 08-03411-WHA (DMR)

**CASE NAME:** UNITED STATES EX REL. ET AL v. HEBRARD, ET AL

**MAGISTRATE JUDGE DONNA M. RYU**  **COURTROOM DEPUTY:** Ivy Garcia

**DATE**: August 13, 2013  **TIME:**  **FTR**: Not Recorded

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANTS:**
Sara Winslow  Patricia Meagher

**COUNSEL FOR RELATOR LAMMERS:**
Matthew Weston

---

# **PROCEEDINGS**

[ ]  CASE MANAGEMENT CONFERENCE

[X]  FURTHER SETTLEMENT PROCEEDINGS

[ ]  DISCOVERY CONFERENCE

[ ]  MOTION HEARING

[ ]  OTHER:

CASE CONTINUED TO:                              FOR

NOTES:   Matter fully settled, including governmental approvals.  Parties are in the process of obtaining signatures on final settlement documents, with anticipated dismissal in September 2013.


cc:    Chambers, Dawn Toland (CRD of Judge WHA)