MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
MELANIE L. PROCTOR (CABN 228971)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    e-mail: sara.winslow@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* BONNIE LAMMERS, M.D., <br><br> Plaintiff and Relator, <br><br> v. <br><br> FARIDEH HEIDARPOUR; ALI HEIDARPOUR; and A.B.C. BILLING, INC. <br><br> Defendants. | NO. CV 08-3411 WHA (DMR) <br><br> **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |

Subject to the Court's approval, IT IS HEREBY STIPULATED by the United States of America, the qui tam Relator Bonnie Lammers, and the Defendants Farideh Heidarpour, Ali Heidarpour, and A.B.C. Billing, Inc. (collectively, the Parties), through their undersigned counsel, that:

1. Pursuant to Fed. R. Civ. R. 41(a)(2) and the terms of the August 28, 2013 settlement agreement executed by the Parties, the United States and the Relator hereby dismiss the above-captioned action without prejudice.

2. Upon receipt of all of the payments described in the August 28, 2013 settlement agreement, the United States and the Relator will file a stipulation dismissing the action with prejudice.

IT IS SO STIPULATED.

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C 08-3411 WHA (DMR)

1

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: September 6, 2013        By:        /s/ signature on file
SARA WINSLOW
MELANIE L. PROCTOR
Assistant United States Attorneys
Attorneys for the United States


MCBREEN & SENIOR

Dated: September 6, 2013        By:        /s/ signature on file
MATTHEW WESTON
Attorney for Relator


ROGERS JOSEPH O'DONNELL

Dated: September 3, 2013        By:        /s/ signature on file
PATRICIA A. MEAGHER
Attorney for Defendant

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

STIPULATION OF DISMISSAL; [PROPOSED ORDER]
C 08-3411 WHA (DMR)

2