IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES *ex rel.* BONNIE LAMMERS, M.D.,

    Plaintiff and Relator,

    v.

FARIDEH HEIDARPOUR, *et al.*,

    Defendants.

    No. C 08-03411 WHA

**ORDER DISMISSING CERTAIN PARTIES**

Pursuant to the stipulation filed on September 3, it is hereby ordered that this action, which was previously dismissed without prejudice, is now dismissed with prejudice as to defendants Farideh Heidarpour, Ali Heidarpour, and A.B.C. Billing, Inc.

**IT IS SO ORDERED.**

Dated: September 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE