1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  SARA WINSLOW (DCBN 457643)
   MELANIE L. PROCTOR (CABN 228971)
4  Assistant United States Attorneys
           450 Golden Gate Avenue, Box 36055
5          San Francisco, California 94102
           Telephone: (415) 436-6925
6          Facsimile: (415) 436-6748
           e-mail: sara.winslow@usdoj.gov
7
   Attorneys for the United States of America
8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12
   UNITED STATES *ex rel.* BONNIE       ) NO. CV 08-3411 WHA (DMR)
13 LAMMERS, M.D.,                       )
                                        ) **STIPULATION OF DISMISSAL;**
14            Plaintiff and Relator,    ) [PROPOSED] **ORDER**
                                        )
15         v.                           )
                                        )
16 FARIDEH HEIDARPOUR, *et al.,*        )
                                        )
17            Defendants.               )
                                        )
18

19        Subject to the Court's approval, and pursuant to Fed. R. Civ. P. 41(a)(2), IT IS HEREBY

20 STIPULATED by the United States of America, *qui tam* Relator Bonnie Lammers, and Defendants

21 Michael Hebrard, M.D., Richard Lavigna, D.P.M., Advanced Physical Medicine & Rehab Group, Inc.,

22 Advanced Occupational Rehabilitation, Inc., Advanced Medicine and Rehabilitation of Texas, Inc., and

23 Advanced Medicine and Rehabilitation of Texas, P.A., that this action is dismissed with prejudice.

24        1.  This action named nine Defendants. The three Defendants not listed above (Defendants

25            Farideh Heidarpour, Ali Heidarpour, and A.B.C. Billing, Inc.) were dismissed from this case

26            by Order dated September 8, 2015, after those Defendants paid the amounts due under their

27            August 28, 2013 settlement agreement.

28
   STIPULATION OF DISMISSAL; [PROPOSED] ORDER
   C 08-3411 WHA (DMR)
                                        1

2.  The remaining Defendants have now paid the amounts due under their July 11, 2012 settlement agreement, and they are being dismissed with prejudice, pursuant to the terms of the July 11, 2012 settlement agreement. Accordingly, the entire case is now being dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

Dated: February 1, 2016        By:        */s/ signature on file*
                                           SARA WINSLOW
                                           MELANIE L. PROCTOR
                                           Assistant United States Attorneys
                                           Attorneys for the United States


MCBREEN & SENIOR

Dated: February 1, 2016        By:        */s/ signature on file*
                                           MATTHEW WESTON
                                           Attorney for Relator


LAW OFFICES OF DENISE EATON-MAY

Dated: January 18, 2016        By:        */s/ signature on file*
                                           DENISE EATON MAY
                                           Attorney for Defendants Michael Hebrard, M.D.,
                                           Advanced Physical Medicine & Rehab Group, Inc.,
                                           Advanced Occupational Rehabilitation, Inc.,
                                           Advanced Medicine and Rehabilitation of Texas,
                                           Inc., and Advanced Medicine and Rehabilitation of
                                           Texas, P.A.


KNIGHT EMPLOYMENT LAW

Dated: January 21, 2016        By:        */s/ signature on file*
                                           CODY D. KNIGHT
                                           Attorney for Defendant Richard Lavigna, D.P.M.

STIPULATION OF DISMISSAL; [PROPOSED] ORDER]
C 08-3411 WHA (DMR)

2

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: February 2, 2016.

HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION OF DISMISSAL; [PROPOSED] ORDER]
C 08-3411 WHA (DMR)

3